**2008–0073.   In re Thomas.**
Crawford App. No. 3-07-20, 2007-Ohio-6970. This cause is pending before the court as an appeal involving termination of parental rights/adoption. Upon consideration of appellant's motion for stay of

the court of appeals' decision pending appeal,

It is ordered by the court that the motion is denied.

Moyer, C.J., and Lundberg Stratton and O'Donnell, JJ., dissent.

## MISCELLANEOUS DISMISSALS